IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No. 6:15-cv-1774-Orl-41-TBS

KRISTINA B. RENICK,

    Plaintiff,

vs.

TURNSTILE CAPITAL
MANAGEMENT, LLC,
AMERICAN CORADIUS
INTERNATIONAL, LLC
and RAB, INC.,

    Defendants.
_____/

# NOTICE OF SETTLEMENT

    Plaintiff, KRISTINA B. RENICK, pursuant to Rule 3.08 of the Local Rules of the United States District Court, Middle District of Florida, hereby gives notice that the above-referenced matter has been completely resolved among the parties.

    Dated:   December 15, 2015.

                                                        */s/ N. James Turner*
                                                  N. James Turner, Esq.
                                                  Counsel for Plaintiff
                                                  37 N. Orange Avenue
                                                  Suite 500
                                                  Orlando, FL 32801
                                                  Telephone (888) 877-5103
                                                  E-mail address: njtlaw@gmail.com
                                                  Florida Bar No. 0203041