UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KRISTINA B. RENICK,**

 **Plaintiff,**

**v.**                                                                          **Case No:  6:15-cv-1774-Orl-41TBS**

**TURNSTILE CAPITAL
MANAGEMENT, LLC and REGIONAL
ADJUSTMENT BUREAU, INC.,**

 **Defendants.**
                                                                     /

**ORDER**

 THIS CAUSE is before the Court on the Notice of Settlement (Doc. 23), wherein the parties

have advised the Court that the above-styled action has been completely settled.

 Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to

the right of any party, within sixty days from the date of this Order, to move the Court to enter a

stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further

proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

 **DONE** and **ORDERED** in Orlando, Florida on December 16, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record